IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MISC NO. 2:07mc 3358-MHT |
| | ) | |
| SOUTHERN ORTHOPAEDIC SURGEONS MONTGOMERY, AL, | ) | |
| | ) | |
| Garnishee, | ) | |
| | ) | |
| CRETINA M. MCGREGOR PRIDGEN, | ) | |
| | ) | |
| Defendant. | ) | |

## WRIT OF GARNISHMENT

GREETINGS TO:   Southern Orthopaedic Surgeons
488 St. Luke's Drive
Montgomery, AL 36117

An Application for a Writ of Garnishment against the property of Cretina M. McGregor Pridgen, defendant, has been filed with this Court. A Judgment has been entered against the above-named defendant in the amount of $16,100.00, plus costs. The balance due on the Judgment as of March 16, 2007 is $12,260.00. You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control, or possession, any property owned by the debtor, including non-exempt, disposal earnings.

SCANNED
ON 3-21-07

Please state whether or not you anticipate paying the debtor any future payments and whether such payments are weekly, bi-weekly, or monthly.

You must file the original written Answer to this Writ within ten (10) days of your receipt of this Writ with the United States District Clerk at: Clerk, U. S. District Court, Middle District of Alabama, One Church Street, Montgomery, Alabama 36101. Additionally, you are required by law to serve a copy of your Answer upon the debtor at: 199 Lee Street, Wetumpka, Alabama 36092, and upon the United States Attorney, Post Office Box 197, Montgomery, Alabama 36101.

Under the law, there is property which is exempt from this Writ of Garnishment.  Property which is exempt and which is not subject to this Order is listed on the attached Debt Collection Notice.

Pursuant to Title 15 U.S.C. §1674, a Garnishee is prohibited from discharging a defendant from employment by reason of the fact that his earnings have been subject to garnishment.

If you fail to answer this Writ or to withhold property in accordance with this Writ, the United States of America may petition the Court for an Order requiring you to appear before the Court.  If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter

a Judgment against you for the value of the debtor's non-exempt property.  It is unlawful to pay or deliver to the defendant any item attached by this Writ.

*Debra P. Hackett*

_____

UNITED STATES DISTRICT CLERK

*Von Austin, Deputy Clerk*