# Southern Orthopaedic Surgeons l.l.c.

Donald F. Hodurski, M.D., FAAOS, FACS
James H. Armstrong, M.D., FAAOS
Samuel L. Miller, M.D., FAAOS, FACS
Charles T. Fletcher, Jr., M.D., FAAOS, FACS
Michael E. Freeman, M.D., FAAOS, FACS
Roland A. Hester IV, M.D., FAAOS, FACS
Joseph F. Curtis, Jr., M.D., FAAOS, FACS
N Tucker Mattox, Jr., M.D., FAAOS, FACS
Stephen W. Samelson, M.D., FAAOS

**Emeritus**
Mervel V. Parker, M.D.
Gary E. Phillips, M.D.
M. Bonner Engelhardt, M.D.

2000 Normandie Dr.
Montgomery, AL 36111

488 St. Lukes Dr.
Montgomery, AL 36117

Baptist Medical Park
Suite 105
645 McQueen-Smith Road
Prattville, AL 36066

Medical Office Building
84 Stabler Road
Greenville, AL 36037

Community Medical Plaza
80 Herren Hill Road
Tallassee, AL 36078

**PHONE**
(334) 613-9000

**FAX**
(334) 284-6009

**MAILING ADDRESS**
P.O. Box 250450
Montgomery, AL 36125-0450

RECEIVED
2007 MAY 17 A 9:47

Date:   May 16, 2007

To:     Clerk, U. S. District Court

Re:     Cretina McGregor Pridgen


Effective May 3, 2007, the employee listed above is no longer employed with Southern Orthopaedic Surgeons. Our final payment was mailed and received in your office on May 4, 2007. (Please refer to receipt # 0071)

Please let us know if we can be of any further assistance.


Sincerely,

Trice Nichols
Administrator